Debra H., Appellant, v Janice R., Respondent.

Submitted January 4, 2010; decided January 12, 2010

Reported below, 61 AD3d 460.

Motion by New Yorkers for Constitutional Freedoms, Ltd. for

leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.